# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: 3D Global Solutions, Inc. v. Chai Trust Company, LLC, et al.

Case Number: 1:19-cv-07524

An appearance is hereby filed by the undersigned as attorney for:
Defendant Chai Trust Company, LLC

Attorney name (type or print): Andrew W. Vail

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6279951
(See item 3 in instructions)

Telephone Number: 312-840-8688

Email Address: avail@jenner.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 29, 2020

Attorney signature: S/ Andrew W. Vail

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015