IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC., a corporation,<br><br>　　　*Plaintiff*,<br><br>　　　v.<br><br>CHAI TRUST COMPANY, LLC, a limited liability company; PAR PACIFIC HOLDINGS, INC., a corporation; and PAR HAWAII REFINING, LLC, a limited liability corporation; and DOES 1-100,<br><br>　　　*Defendants*. | Case No. 1:19-cv-07524<br><br>Judge Manish S. Shah<br><br>Mag. Judge Young B. Kim |

**DEFENDANT CHAI TRUST COMPANY, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO STAY MIDP DISCOVERY UNTIL ALL DEFENDANTS' RULE 12 MOTIONS ARE RESOLVED**

　　　Defendant Chai Trust Company, LLC ("Chai Trust") respectfully moves for an extension of time to respond to Plaintiff's Complaint and a stay of the requirements of the Northern District's MIDP Discovery until all Defendants' Rule 12 motions have been resolved. Plaintiff does not oppose Chai Trust's motion. In support of this motion, Chai Trust states as follows:

　　　1.　　On November 14, 2019, Plaintiff commenced this action by filing the Complaint. Dkt. 1.

　　　2.　　On January 24, 2020, Plaintiff filed an affidavit of service stating that Chai Trust had been served on January 10, 2020. Dkt. 6.

　　　3.　　Chai Trust respectfully requests this Court grant it a 28-day extension of time for Chai Trust to file a responsive pleading to the Complaint and stay the requirements of the Northern District's MIDP Discovery until all Defendants' Rule 12 motions have been resolved.

4. Counsel for Chai Trust has contacted Plaintiff's counsel and Plaintiff has no objection to this motion. Counsel for Par Defendants also represented that Par Defendants do not oppose this request and plan to separately seek similar relief from this Court.

5. Granting this request for an extension of time to respond to the Complaint will neither prejudice any party nor unreasonably delay litigation.

WHEREFORE, for the reasons stated herein, Chai Trust respectfully requests that the Court grant this motion and extend its deadline to file a responsive pleading to February 28, 2020 and stay any discovery including under the Northern District's pilot MIDP until all Defendants' Rule 12 motions have been resolved.

Dated: January 30, 2020

Respectfully submitted,

CHAI TRUST COMPANY, LLC

By: /s/ Andrew W. Vail
    Andrew Vail
    Philip Sailer
    Jenner & Block LLP
    353 N. Clark Street
    Chicago, IL 60654-3456
    avail@jenner.com
    psailer@jenner.com
    Telephone: 312-222-9350
    Facsimile: 312-527-0484