**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC., a corporation, ) ) ) | |
| ) | Case No. 1:19-cv-07524 |
| *Plaintiff*, ) | |
| ) | Judge Manish S. Shah |
| v. ) | |
| ) | Mag. Judge Young B. Kim |
| CHAI TRUST COMPANY, LLC d/b/a ) EQUITY GROUP INVESTMENTS, a limited ) liability company; PAR PACIFIC HOLDINGS, ) INC., a corporation; and PAR HAWAII ) REFINING, LLC, a limited liability corporation; ) and DOES 1-100, ) ) | |
| *Defendants*. | |

## **DEFENDANT CHAI TRUST COMPANY, LLC'S MOTION TO DISMISS**

Defendant Chai Trust Company, LLC ("Chai Trust"), pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), respectfully requests that this Court dismiss Plaintiff 3D Global Solutions, Inc.'s complaint against it for failure to state any claim upon which relief may be granted. In support of this motion, Chai Trust incorporates its accompanying memorandum of law and states as follows:

1. All counts should be dismissed pursuant to Rule 12(b)(6) under *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) because all are based on vague and conclusory group allegations that do not allege any wrongful conduct by Chai Trust. (*See* Mem. §I.)

2. Count I (RICO) also fails to allege certain requisite elements, including: (1) Chai Trust utilized a "distinct enterprise" to engage in any purported racketeering activity; (2) a pattern of any purported racketeering activity; or (3) facts sufficient to meet Rule 9(b)'s heightened

pleading standard that support any allegation Chai Trust engaged in any purported racketeering activity. Each is a separate, independent ground for dismissal. (*See* Mem. §II.)

3. Count II (Tortious Interference) should also be dismissed because it does not allege any facts to support an inference that Plaintiff had a reasonable expectancy to enter into a contract with the government, or that Chai Trust knew about Plaintiff or purposefully interfered with it. (*See* Mem. §V.)

4. Count III (Fraudulent Misrepresentation) should also be dismissed because Plaintiff's claim does not meet the heightened pleading requirements of Rule 9(b), and also because the Complaint does not allege that Chai Trust made any misrepresentations, that Chai Trust intended Plaintiff to rely on anything it did or said, or that Plaintiff reasonably relied on anything Chai Trust did or said. (*See* Mem. §III.)

5. Count IV (Consumer Fraud Act) should also be dismissed because Plaintiff's claim again does not meet Rule 9(b)'s heightened pleading standard, and because it does not allege harm to consumers or implicate consumer protection concerns, or does not allege facts to show that Chai Trust intended Plaintiff to rely on anything it did or said. (*See* Mem. §IV.)

6. Counts V (Conspiracy) and VI (Unjust Enrichment) should also be dismissed because conspiracy and unjust enrichment are not stand alone, separate causes of action under Illinois law without a surviving underlying claim based in wrongdoing. (*See* Mem. §VI.)

WHEREFORE, for the foregoing reasons, and for the reasons set forth in its accompanying memorandum of law, Chai Trust respectfully requests that this Court enter an order dismissing Plaintiff's complaint against Chai Trust with prejudice.

Dated: March 12, 2020

    Respectfully submitted,

    CHAI TRUST COMPANY, LLC

    By: /s/ Andrew W. Vail
        Andrew W. Vail
        Philip B. Sailer
        Jenner & Block LLP
        353 N. Clark Street
        Chicago, IL 60654-3456
        avail@jenner.com
        psailer@jenner.com
        Telephone: 312-222-9350
        Facsimile: 312-527-0484

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that on March 12, 2020, a true and correct copy of **Chai Trust, LLC's Motion to Dismiss** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: March 12, 2020

> By: /s/ Andrew W. Vail
> Andrew W. Vail
> Philip B. Sailer
> Jenner & Block LLP
> 353 N. Clark Street
> Chicago, IL 60654-3456
> avail@jenner.com
> psailer@jenner.com
> Telephone: 312-222-9350
> Facsimile: 312-527-0484
>
> *Counsel for Chai Trust, LLC*