**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 3DGS, LLC, a limited liability company, | ) |
| *Plaintiff*, | ) Case No. 1:19-cv-07524 |
| v. | ) Judge Manish S. Shah |
| CHAI TRUST COMPANY, LLC d/b/a EQUITY GROUP INVESTMENTS, a limited liability company; PAR PACIFIC HOLDINGS, INC., a corporation; and PAR HAWAII REFINING, LLC, a limited liability corporation; and DOES 1-100, | ) Mag. Judge Young B. Kim |
| *Defendants*. | ) |

**CHAI TRUST COMPANY, LLC'S
UNOPPOSED MOTION TO ENLARGE PAGE LIMIT**

Defendant Chai Trust Company, LLC ("Chai Trust") respectfully submits this unopposed motion requesting that the Court enlarge the page limit for Chai Trust's forthcoming Memorandum in Support of Its Motion to Dismiss Plaintiff's Amended Complaint. In support of the unopposed motion, Chai Trust states as follows:

1. On November 14, 2019, Plaintiff filed its original complaint. (Dkt. 1.)

2. On March 12, 2020, Chai Trust filed its opening brief in support of its motion to dismiss Plaintiff's original complaint. (Dkts. 28, 29.)

3. On May 8, 2020, Plaintiff filed an amended complaint. (Dkt. 35.)

4. On May 26, 2020, the Court entered an agreed briefing schedule, under which Chai Trust's forthcoming motion to dismiss the amended complaint is due June 11, 2020. (Dkt. 37.)

5. Per Local Rule 7.1 and this Court's standing order, briefs in support of a motion to dismiss are limited to 15 pages in length.

6. Chai Trust requests an enlargement of its page limit for its brief to ensure an adequate presentation of the issues to this Court and to address the five counts alleged in the amended complaint. Chai Trust respectfully requests leave to file a brief that does not exceed 18 pages.

7. Counsel for Chai Trust has conferred with counsel for Plaintiff, and Plaintiff's counsel indicated that Plaintiff does not object to Chai Trust's request.

8. Accordingly, Chai Trust respectfully requests that this Court enter an order granting Chai Trust leave to file a Memorandum in Support of Its Motion to Dismiss Plaintiff's Amended Complaint that does not exceed 18 pages.

Dated: June 10, 2020

Respectfully submitted,

CHAI TRUST COMPANY, LLC

By: /s/ Andrew W. Vail
Andrew W. Vail
Philip B. Sailer
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
avail@jenner.com
psailer@jenner.com
Telephone: 312-840-8688
Facsimile: 312-527-0484

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that on June 10, 2020, a true and correct copy of **Chai Trust Company, LLC's Unopposed Motion to Enlarge Page Limit** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: June 10, 2020

> Respectfully submitted,
>
> CHAI TRUST COMPANY, LLC
>
> By: /s/ Andrew W. Vail
> Andrew W. Vail
> Philip B. Sailer
> Jenner & Block LLP
> 353 N. Clark Street
> Chicago, IL 60654-3456
> avail@jenner.com
> psailer@jenner.com
> Telephone: 312-840-8688
> Facsimile: 312-527-0484