**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 3DGS, LLC, a limited liability company, | ) |
| | ) |
| *Plaintiff*, | ) Case No. 1:19-cv-07524 |
| | ) |
| v. | ) Judge Manish S. Shah |
| | ) |
| CHAI TRUST COMPANY, LLC d/b/a | ) Mag. Judge Young B. Kim |
| EQUITY GROUP INVESTMENTS, a limited | ) |
| liability company; PAR PACIFIC HOLDINGS, | ) |
| INC., a corporation; and PAR HAWAII | ) |
| REFINING, LLC, a limited liability corporation; | ) |
| and DOES 1-100, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## DEFENDANT CHAI TRUST COMPANY, LLC'S MOTION TO DISMISS

Defendant Chai Trust Company, LLC ("Chai Trust"), pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), respectfully requests that this Court dismiss Plaintiff 3DGS, LLC's amended complaint against it for failure to state any claim upon which relief may be granted. In support of this motion, Chai Trust incorporates its accompanying memorandum of law and states as follows:

1.      All amended counts should be dismissed pursuant to Rule 12(b)(6) under *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) because all are based on vague and conclusory allegations that still do not allege any wrongful conduct by Chai Trust. (*See* Mem. §I.)

2.      Amended Count I (RICO) also fails to allege certain requisite elements, including: (1) that Chai Trust and the other defendants constituted an "association-in-fact" enterprise or that any such "association-in-fact" enterprise is distinct from any RICO "person"; (2) a pattern of any

purported racketeering activity; or (3) facts sufficient to meet Rule 9(b)'s heightened pleading standard that support any allegation Chai Trust engaged in any purported racketeering activity. Each is a separate, independent ground for dismissal. (*See* Mem. §II.)

3.      Amended Count II (Tortious Interference) should be dismissed because it does not allege any facts to support an inference that Plaintiff had a reasonable expectancy to enter into a contract with the government, or that Chai Trust knew about Plaintiff or purposefully interfered with it. (*See* Mem. §IV.)

4.      Amended Count III (Fraudulent Misrepresentation) should be dismissed because Plaintiff's claim does not meet the heightened pleading requirements of Rule 9(b), and also because the amended complaint does not allege that Chai Trust made any misrepresentations, that Chai Trust intended Plaintiff to rely on anything it did or said, or that Plaintiff reasonably relied on anything Chai Trust did or said. (*See* Mem. §III.)

5.      Amended Counts IV (Conspiracy) and V (Unjust Enrichment) should be dismissed because conspiracy and unjust enrichment are not stand alone, separate causes of action under Illinois law without a surviving underlying claim based in wrongdoing. (*See* Mem. §V.)

WHEREFORE, for the foregoing reasons, and for the reasons set forth in its accompanying memorandum of law, Chai Trust respectfully requests that this Court enter an order dismissing Plaintiff's amended complaint against Chai Trust with prejudice.

Dated:  June 11, 2020

Respectfully submitted,

CHAI TRUST COMPANY, LLC

By:  /s/ Andrew W. Vail
        Andrew W. Vail
        Philip B. Sailer
        Jenner & Block LLP
        353 N. Clark Street
        Chicago, IL 60654-3456
        avail@jenner.com
        psailer@jenner.com
        Telephone: 312-840-8688
        Facsimile: 312-527-0484

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that on June 11, 2020, a true and correct copy of **Chai Trust, LLC's Motion to Dismiss** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated:  June 11, 2020

By:  /s/ Andrew W. Vail
Andrew W. Vail
Philip B. Sailer
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
avail@jenner.com
psailer@jenner.com
Telephone: 312-840-8688
Facsimile: 312-527-0484

*Counsel for Chai Trust, LLC*