# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| 3DGS, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CHAI TRUST COMPANY, LLC d/b/a EQUITY GROUP INVESTMENTS, a limited liability company; PAR PACIFIC HOLDINGS, INC., a corporation; and PAR HAWAII REFINING, LLC, a limited liability company; and DOES 1-100,<br><br>Defendants. | Case No. 1:19-cv-07524<br><br>Hon. Manish S. Shah |

## PAR DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT

Defendants Par Pacific Holdings, Inc. and Par Hawaii Refining, LLC (together, "Par Defendants") respectfully move to dismiss the claims against them (*see* Dkt. 35) under Federal Rules of Civil Procedure 9(b), 12(b)(2), 12(b)(3), and 12(b)(6). For the reasons discussed in Par Defendants' Memorandum in Support of Their Motion to Dismiss Plaintiff's Amended Complaint, and because Plaintiff has already amended its complaint, the Court should grant this motion and dismiss the claims without another opportunity to amend.

Dated: June 11, 2020

Respectfully submitted,

*/s/ Hille R. Sheppard*
Hille R. Sheppard (No. 6226077)
Charles K. Schafer (No. 6279690)
Neil H. Conrad (No. 6321947)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

Telephone: (312) 853-7000
Facsimile: (312) 853-7036
hsheppard@sidley.com
cschafer@sidley.com
nconrad@sidley.com

*Counsel for Defendants Par Pacific Holdings, Inc. and Par Hawaii Refining, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2020, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

        */s/ Hille R. Sheppard*
        Hille R. Sheppard (No. 6226077)
        SIDLEY AUSTIN LLP
        One South Dearborn
        Chicago, IL 60603
        (312) 853-7000
        hsheppard@sidley.com

        *Counsel for Defendants Par Pacific Holdings, Inc. and Par Hawaii Refining, LLC*