# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

3DGS, LLC,

Plaintiff,

v.

Chai Trust Company, LLC, et al.,

Defendants.

Case No. 19-cv-07524
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants Chai Trust Company, LLC, Par Pacific Holdings, Inc., and Par Hawaii Refining, LLC
and against plaintiff 3DGS, LLC.

Defendants shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date:  12/15/2020                                    Thomas G. Bruton, Clerk of Court

                                                     /s/Susan McClintic , Deputy Clerk